FILED
4/13/2023

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: VS
Deputy

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**PECOS DIVISION**

**UNITED STATES OF AMERICA**

**Plaintiff**

**v**

**ALEX YOSIEL CABRERA-SARABIA**

**Defendant**

**Case No: 4:23-CR-00149**

**INDICTMENT**

**8 U.S.C. § 1326(a) Illegal Re-entry into the United States**

THE GRAND JURY CHARGES:

**COUNT ONE**
**[8 U.S.C. § 1326(a)]**

That on or about April 07, 2023, in the Western District of Texas, Defendant,

**ALEX YOSIEL CABRERA-SARABIA**

an alien, attempted to enter, entered, and was found in the United States having previously been denied admission, excluded, deported, and removed from the United States and the Defendant had not received the consent of the Attorney General of the United States and the Secretary of the Department of Homeland Security, to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL.

[redacted]

FOREPERSON OF THE GRAND JURY

**JAIME ESPARZA**
**UNITED STATES ATTORNEY**

BY: David Demarha for

SCOTT GREENBAUM
ASSISTANT UNITED STATES ATTORNEY